UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAPTAIN JOSEPH ENEAS and VICKIE LYNETTE ENEAS, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. CV-05-3060-LRS<br><br>ORDER OF DISMISSAL |

Upon the Joint Motion of the parties,

IT IS ORDERED that this matter is dismissed with prejudice and without costs. The Clerk of the Court shall forward copies of this order to counsel for plaintiff and to counsel for defendant.

DATED this 13th day of April, 2007.

s/Lonny R. Suko
_____
LONNY R. SUKO
United States District Judge

ORDER OF DISMISSAL